In the Matter of the Claim of LAWRENCE T. SULLIVAN, against G. B. SEELY SON, INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

(Submitted January 6, 1930; decided January 17, 1930.)

*Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for appellant.

*Jeremiah F. Connor* for respondents.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.